## Story's Administrator *v.* Story.

DECEDENTS' ESTATES.—*Claims.*—*Affidavit.*—*Costs.*—In an affidavit required by statute (2 G. & H. 503) to be attached to a claim filed against a decedent's estate, in the absence of which no costs can be recovered by the claimant, it is not necessary to aver, in the words of the statute, "that the same is justly due and wholly unpaid;"—it is sufficient if the language of the affidavit be *to that effect.*

SAME.—A claim was filed against a decedent's estate by his step-daughter, for 272 weeks' work, at $3 per week; credit being given thereon for divers items amounting to $74.50; the account closing thus: "Amount due, $741.50." It was verified by the affidavit of the claimant, as follows: "I," A. B., "of," &c., "of lawful age, on oath depose and say that the within is a correct account of the number of weeks that I worked for my step-father, in his family, which was done at his special request, since I arrived at the age of eighteen years, giving a correct statement of the debit and credit, according to the best of my knowledge and belief."

*Held,* that, upon the allowance of the claim, the claimant was entitled to judgment against the estate for costs.

APPEAL from the Jennings Common Pleas.

GREGORY, J.—The alleged error complained of is, that the court below gave judgment against the estate of the intestate for costs, in allowing the claim of the appellee.

The appellee filed a claim against the estate for two hundred and seventy-two weeks' work, at three dollars per week, giving credit thereon of divers items, amounting in the aggregate to seventy-four dollars and fifty cents, and closing with this statement, "Amount due, $741.50." The account was verified by the affidavit of the claimant, as follows: "I, Harriet A. Story, of Underhill, in the county of Chittenden, and State of Vermont, of lawful age, on oath depose and say that the within is a correct account of the number of weeks that I worked for my step-father, in his family, which was done at his special request, since I arrived at the age of 18 years, *giving correct statement of the debit and credit, according to the best of my knowledge and belief.*"

The statute requires the claimant to attach to the claim an affidavit, "*to the effect* that the same is justly due and

wholly unpaid." In the absence of such an affidavit, no costs can be recovered by the claimant. 2 G. & H. 503.

It is not necessary to follow the words of the statute; it is enough that the affidavit is *to the effect* that the claim is justly due and wholly unpaid.

The words italicized in the affidavit, taken in connection with the fact that the claim showed the "amount due," is a substantial compliance with the statute.

Judgment affirmed, with costs.

RAY, J., dissents.

*E. R. Wilson,* for appellant.

*J. D. New* and *J. M. Hill,* for appellee.